**Order entered April 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00092-CV**

**SANDRA L. SIMS, Appellant**

**V.**

**TINA THOMAS AND SIMONE JOHNSON, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16409**

**ORDER**

Before the Court is appellant's motion, as supplemented, to abate proceedings in the trial court and request for declaratory judgment regarding the trial court's plenary power. By opinion and judgment issued today, we dismissed this appeal for want of jurisdiction. Accordingly, we **DENY** appellant's motion as moot.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE